**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  10-cv-01887-LTB-BNB

ROSEMARIE FITZGERALD, a Colorado resident,

      Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY, a Florida corporation,

      Defendant.

_____

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND
REMANDING TO STATE COURT**
_____

      The Court, having reviewed Plaintiff's Motion for Leave to Amend Complaint, Defendant's Response, and being otherwise fully informed in the premises, hereby ORDERS:

      1.    Plaintiff's Motion for Leave to Amend Complaint (Doc 14) is GRANTED;

      2.    This action shall be remanded to the District Court, Clear Creek County, State of Colorado, and the clerk of this Court shall forward the record to the clerk of the District Court, Clear Creek County, State of Colorado;

      3.    The scheduling conference set for November 8, 2010 and all related deadlines are vacated; and

      4.    All parties are to bear their own fees and costs.

      DATED this   3rd   day of November, 2010.

                                                                   BY THE COURT:

                                                                   s/Lewis T. Babcock
                                                                   Lewis T. Babcock, Judge